**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
GE BUSINESS FINANCIAL SERVICES INC.
(f/k/a Merrill Lynch Business Financial Services Inc.),
    Plaintiff,
        v.
JOHN F. ROYCE, a Nevada resident, and
ALEX J. UMANA, a Nevada resident,
    Defendants.

Case Number:
FILED: MAY 8, 2008
08CV2678  NF
JUDGE GUZMAN
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GE Business Financial Services Inc. (f/k/a Merrill Lynch Business Financial Services Inc.)

| | |
|---|---|
| NAME (Type or print) <br>     Peter A. Siddiqui | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Peter A. Siddiqui | |
| FIRM <br>     Katten Muchin Rosenman LLP | |
| STREET ADDRESS <br>     525 West Monroe Street | |
| CITY/STATE/ZIP <br>     Chicago, Illinois 60661-3693 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278445 | TELEPHONE NUMBER <br> 312-902-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]    NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]    NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]    NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ]    NO [X] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |