**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GE BUSINESS FINANCIAL SERVICES INC. (f/k/a Merrill Lynch Business Financial Services Inc.), Plaintiff, v. JOHN F. ROYCE, a Nevada resident, and ALEX J. UMANA, a Nevada resident, Defendants. | FILED: MAY 8, 2008 08CV2678 NF JUDGE GUZMAN MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GE Business Financial Services Inc. (f/k/a Merrill Lynch Business Financial Services Inc.)

| | |
|---|---|
| NAME (Type or print) | |
| Andrew L. Wool | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Andrew L. Wool | |
| FIRM | |
| Katten Muchin Rosenman LLP | |
| STREET ADDRESS | |
| 525 West Monroe Street | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60661-3693 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6284284 | 312-902-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]   NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ]   NO [X] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |