# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

| | |
|---|---|
| Case Title<br>GE BUSINESS FINANCIAL SERVICES INC (f/k/a Merrill Lynch Business Financial Services Inc.), a Delaware corporation<br>V.<br>JOHN F. ROYCE, a Nevada resident, and<br>ALEX J. UMANA, a Nevada resident. | Case Number: 08-CV-2678<br><br>Assigned Judge: Hon. Ronald A. Guzman<br><br>Designated<br>Magistrate Judge: Hon. Michael T. Mason |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| Date | By: Signature | Name of Party or Parties |
|---|---|---|
| 7/22/2008 | [signature] | GE Business Financial Services Inc. |
| 7/22/2008 | [signature] | John F. Royce |
| 7/22/2008 | | Alex J. Umana |
| | | |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

Document 1, Image 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

| Case Title | Case Number: 08-CV-2678 |
|---|---|
| GE BUSINESS FINANCIAL SERVICES INC (f/k/a Merrill Lynch Business Financial Services Inc.), a Delaware corporation | Assigned Judge: Hon. Ronald A. Guzman |
| V. | |
| JOHN F. ROYCE, a Nevada resident, and ALEX J. UMANA, a Nevada resident. | Designated Magistrate Judge: Hon. Michael T. Mason |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| 7/22/2008 | By: | GE Business Financial Services Inc. |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| 7/22/2008 | By: | John F. Royce |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| 7/22/2008 | By: /s/ Alex J. Umana | Alex J. Umana |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| | By: | |
|---|---|---|
| Date | Signature | Name of Party or Parties |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.